UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

LORI ROBINS,

Plaintiff,

CASE NO.: 9:24-cv-81212-DMM

vs.

CHAMPAGNE & PARISI REFERRAL, LLC d/b/a
CHAMPAGNE & PARISI REAL ESTATE;
BONNIE SEIDLER, P.A.

Defendant(s).
_____________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
**(as to CHAMPAGNE & PARISI REFERRAL, LLC and BONNIE SEIDLER, P.A. only)**

The Plaintiff, LORI ROBINS and Defendants, CHAMPAGNE & PARISI REFERRAL, LLC, d/b/a/ CHAMPAGNE & PARISI REAL ESTATE, and BONNIE SEIDLER, P.A. (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against , CHAMPAGNE & PARISI REFERRAL, LLC, d/b/a/ CHAMPAGNE & PARISI REAL ESTATE, and BONNIE SEIDLER, P.A., only; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED April 8, 2025

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
300 Avenue of the Champions, Suite 260
Palm Beach Gardens, FL 33418
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: shtalia@sconzolawoffice.com
*Attorney for Plaintiff*

By: /s/ Alan B. Rose
Alan B. Rose (Florida Bar No.: 961825)
MRACHEK, FITZGERALD, ROSE,
KONOPKA, THOMAS & WEISS, P.A.
505 South Flagler Drive, Suite 600
West Palm Beach, FL 33401
(561) 655-2250 Telephone
(561) 655-5537 Facsimile
arose@mrachek-law.com
*Co-Counsel for Champagne and Seidler*

By: /s/ James R. Myers
James R. Myers, Esq.
Jessica A. Teitelbaum, Esq.
CHARTWELL LAW
12486 Brantley Commons Court
Fort Myers, FL 33907
Telephone: 239-489-1911
Emails: jmyers@chartwelllaw.com;
jteitelbaum@chartwelllaw.com;
wpruneda@chartwelllaw.com
*Co-Counsel for Champagne and Seidler*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**