**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-81212-CV-MIDDLEBROOKS

LORI ROBINS,

Plaintiff,

v.

ASHFORD GREEN AT ABERDEEN ASSOCIATION INC.; CHAMPAGNE & PARISI REFERRAL, LLC d/b/a CHAMPAGNE & PARISI REAL ESTATE; BONNIE SEIDLER, P.A.,

Defendant.
_______________________________________/

**ORDER DISMISSING DEFENDANTS**

**THIS CAUSE** is before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice, filed April 8, 2025. (DE 50). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Defendants Champagne & Parisi Referral, LLC and Bonnie Seidler, P.A. ("movant Defendants") are hereby **DISMISSED** from this action.

(2) The Clerk of Court shall **TERMINATE** movant Defendants as Parties in this matter.

(3) Except as otherwise agreed, the Parties shall bear their own fees and costs.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 9 day of April, 2025.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE